FILED & ENTERED

APR 12 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Reaves    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ALEXIS JOICE,<br><br>        Debtor. | **Case No.: 1:16-bk-10660-MB**<br><br>**Chapter 13**<br><br>**ORDER SETTING HEARING ON DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS [CASE DKT. NO. 8]**<br><br>Hearing<br>Date:   April 27, 2016<br>Time:   11:00 a.m.<br>Place:  Courtroom 303<br>           21041 Burbank Boulevard<br>           Woodland Hills, CA 91367 |

The Court, having considered the *Debtor's Motion to Extend Time to File Case Opening Documents* (the "Motion") (Case Dkt. No. 8), and for good cause appearing, HEREBY ORDERS that a hearing on the Motion shall be held before the Honorable Martin R. Barash on April 27, 2016 at 11:00 a.m.  Debtor is HEREBY ORDERED to serve notice of the April 27 hearing on the chapter 13 trustee, the Office of the United States Trustee, and all creditors no later than April 20, 2016.  Any opposition to the Motion may be filed up to the time of the hearing on April 27, 2016.

###

Date: April 12, 2016

Martin R Barash
United States Bankruptcy Judge